**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JAMES KEVIN PITTS,<br><br>               Petitioner,<br><br>  v.<br><br>WARDEN GLEBE,<br><br>               Respondent. | NO. C09-5713 FDB/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. Dkt. 10. Having reviewed the motion and balance of the file, the court finds that the motion should be granted.

Respondent's answer is currently due on January 19, 2010. See Dkt. 4. Respondent requests an extension of time until February 19, 2010 to file his answer to the habeas petition. Dkt. 10. Counsel for Respondent has received the state court files relating to Petitioner's case, but has not had sufficient time to properly review the files and prepare a response due to the holidays and deadlines in other cases. Dkt. 11, p. 2.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time (Dkt. 10) is **GRANTED.** Respondent shall file his answer **on or before February 19, 2010.**

| | |
|---|---|
| 1 |       2.      The Clerk shall send copies of this Order to Petitioner and counsel for |
| 2 | Respondent. |
| 3 | |
| 4 |       **DATED** this  15th  day of January, 2010. |

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge